36844. ALMAND et al. v. CHAMBERS.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur, except Gregory, J., not participating.*

DECIDED JANUARY 16, 1981.

Whelchel, Whelchel & Carlton, James C. Whelchel, for appellants.
Roy Benton Allen, Jr., for appellee.